**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KEVIN COX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>  Plaintiff,<br><br>  vs.<br><br>MO FOUNDATION HOLDINGS, LLC; 926 JAMES M. WOOD BOULEVARD LLC; DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:22-cv-07227 JAK (JPRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KEVIN COX ("Plaintiff") and Defendant 926 JAMES M. WOOD BOULEVARD LLC ("Defendant") stipulate and jointly stipulate that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety. The parties shall each bear their own attorney's fees and costs.

Respectfully submitted,

DATED:  May 12, 2023                SO. CAL. EQUAL ACCESS GROUP


By: /s/ Jason J. Kim
       Jason J. Kim
       Attorneys for Plaintiff

Dated:  May 15, 2023                ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP ALAN D. HEARTY JENNIFER C. SHAKOURI


By:    /s/ Jennifer C. Shakouri
       JENNIFER C. SHAKOURI, Esq.
       Attorney for Defendant,
       926 James M. Wood Boulevard LLC

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 15, 2023                By: /s/ Jason J. Kim
                                        Jason J. Kim

1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE